MSSB-13-Plan (10/11)

# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT – 6 DIVISIONAL OFFICE

**Debtor:** DAVID CHARLES BAKLARZ    **SSN:** XXX-XX- 0974    **CASE NO.** 16-51806-KMS

**Address:** 18109 LAKE VISTA DRIVE    **Above Median**
GULFPORT, MS 39503

THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. <u>The treatment of ALL secured and priority debts must be provided for in this plan</u>.

PAYMENT AND LENGTH OF PLAN
The plan period shall be for a period of ___60___ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A) Debtor shall pay $___345.00___ ([X] monthly, [ ] semi-monthly, [ ] weekly, or [ ] bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

(B) Joint Debtor shall pay $_____ ([ ] monthly, [ ] semi-monthly, [ ] weekly, or [ ] bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

PRIORITY CREDITORS.
Filed claims which are not disallowed are to be paid in full or as ordered by the Court as follows:
Internal Revenue Service:    $_____ at $_____/month
Mississippi Dept. of Revenue:    $_____ at $_____/month
Other/_____:    $_____ at $_____/month

DOMESTIC SUPPORT OBLIGATION. DUE TO:    Jessica Baklarz:    for Daughter, R. Baklarz
333 Swan Drive
Brandon, MS 39047-6730

POST PETITION OBLIGATION: In the amount of $__$550.00__ per month beginning __(ongoing)__
To be paid [ ] direct, [X] through payroll deduction, or [ ] through the plan. This is listed as "Discretionary ALT $550.00" under "Allotments" in Pay Advices. Debtor is current on Child Support.

PRE-PETITION ARREARAGE: In the total amount of $_____ through _____ which shall be paid in the amount of $_____ per month beginning _____.
To be paid [ ] Direct, [ ] through payroll deduction, or [ ] through the plan.

HOME MORTGAGES. All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.
Mtg pmts to Bank of America    Beginning TBD *    @ $ 1,234.19    XX Direct
Mtg pmts to _____    Beginning _____ @ $_____    Plan    Direct

- *Debtor has a Loan Modification that is presently "In Review" with Bank of America. Upon approval of the Loan Modification, Debtor shall amend the Chapter 13 Plan and Schedule J according to the new terms. In the event a Loan Modification is not approved and/or accepted, Debtor will amend the Chapter 13 Plan and Schedule J to either retain and pay the pre & post petition arrears or surrender the principal residence in full satisfaction of the debt.*

Debtor's Initials _____    Joint Debtor's Initials _____    Chapter 13 Plan, Page 1 of 4

MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:

Creditor:_____  Approx. amt. due: _____  Int. Rate: _____
Property Address: _____  Are related taxes and/or insurance escrowed ☐Yes ☐No

Creditor:_____  Approx. amt. due: _____  Int. Rate: _____
Property Address: _____  Are related taxes and/or insurance escrowed ☐Yes ☐No

NON-MORTGAGE SECURED CLAIMS. Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY AMT. | VALUE OR OWED |
|---|---|---|---|---|---|---|---|
| Sterling Jewelers | Jewelry | | $722.5 | $722.58 | 5.25 % | x 12 months, $61.94 monthly | |

* The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

SPECIAL CLAIMANTS including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| Keesler FCU | 2009 Cobalt | $ 4,226.00 | Paid Directly |
| Keesler FCU | 2011 Enclave | $12,099.00 | Paid Directly by Co-Signer |
| Keesler FCU | 2008 Honda Motorcycle | $ 6,017.00 | To Be Surrendered in Full |
| Keesler FCU | Cross Collateralized Loan | $ 2,340.00 | Paid Directly |

STUDENT LOANS which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

SPECIAL PROVISIONS which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:
_____
_____
_____

GENERAL UNSECURED CLAIMS total approximately $___$18,032.00___. Such claims must be timely filed and not disallowed to receive payment as follows:  X  , IN FULL ( 100%) distribution of $ _____, with the Trustee to determine the percentage distribution. Those general unsecured claims not timely filed shall be paid nothing , absent order of the Court.

Debtor's Initials _____     Joint Debtor's Initials _____     Chapter 13 Plan, Page 2 of  4

Total attorney fee charged: $ 3,200.00
Attorney fee previously paid: $ 3,200.00
Attorney fee to be paid in plan: $ 0.00

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

| Automobile Insurance Co/Agent | Attorney for Debtor (Name/Address/Phone/Email) |
|---|---|
| To Be Determined | Chelsea Bair Minton |
|  | Post Office Box 17206 |
|  | Hattiesburg, MS 39404 |

Telephone/Fax: _____

Telephone No. 601-307-6572
Facsimile No. _____
Email address  chelseabminton@gmail.com

DATED: 11/11/2016        DEBTOR'S SIGNATURE        /s/ David Charles Baklarz

                         JOINT DEBTOR'S SIGNATURE  _____

                         ATTORNEY'S SIGNATURE     /s/ Chelsea Bair Minton

Effective: October 1, 2011

ADDITIONAL SECURED CLAIMS.

| CREDITOR'S NAME | COLLATERAL | 910 CLAIM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

ADDITIONAL SPECIAL CLAIMANTS.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ADDITIONAL SPECIAL PROVISIONS.
_____
_____
_____

ADDITIONAL DOMESTIC SUPPORT OBLIGATION
DUE TO: State of Texas, Support Enforcement for Daughter, M. Baklarz and Son, B. Baklarz

POST PETITION OBLIGATION: In the amount of $ 673.00 per month beginning ongoing. To be paid [X] direct, [ ] through payroll deduction, or [ ] through the plan. This is referenced under " BANK ACCT ALLOT $1,100.00" under "ALLOTMENTS" in Debtor's Pay Advices. The $1,100.00 Allotment deduction is withheld and then deposited into Debtor's bank account to assist in monthly bill payments. From this $1,100.00 Allotment, Debtor pays the State of Texas, Support Enforcement for the Child Support amount of $673.00 for two minors listed above. Debtor is current on Child Support.

PRE-PETITION ARREARAGE: In the total amount of $ _____ through _____ which shall be paid in the amount of $_____ per month beginning _____.
To be paid [ ] direct, [ ] through payroll deduction, or [ ] through the plan.

Debtor's Initials _____     Joint Debtor's Initials _____     Chapter 13 Plan, Page 4 of  4